**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Sherry L Zielinski | ) | Case no. 23-02335 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Judge:  Janet S. Baer |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Sherry L Zielinski                                                                                          Pro Se Debtor
228 North Grant Street
Westmont, IL  60559

Please take notice that on Friday, March 17, 2023 at 9:30 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, either in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 or electronically as described below and present the Trustee's motion a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **160 731 2971** and the passcode is **587656.**  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, March 10, 2023

| | |
|---|---|
| Glenn Stearns, Chapter 13 Trustee | /s/ Jenn Karmia |
| 801 Warrenville Road, Suite 650 | For:  Glenn Stearns, Trustee |
| Lisle, IL  60532-4350 | |
| Ph:  (630) 981-3888 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Sherry L Zielinski | ) | Case no. 23-02335 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge:  Janet S. Baer |
| | ) | |

**MOTION TO DISMISS FOR FAILURE TO FILE A PLAN AND FAILURE TO FILE  REQUIRED DOCUMENTS UNDER § 521(a)(1) AND 1307(c)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11  U.S.C § 521(a)(1) and 1307(c) and in support thereof, states the following:

1.  The debtor filed a petition under the Bankruptcy Code on February 23, 2023.
2.  The debtor has failed to file a plan.
2.  The debtor has failed to file the following schedules:  A/B,  C, D, E/F, G, H, I and J.
3.  The debtor has failed to file the Statement of Financial Affairs.
4.  The debtor has failed to file the Statement of Current Monthly Income  (122C-1).

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to § 521 (a)(1) and 1307(c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/  Pamela L. Peterson
For:  Glenn Stearns, Trustee